**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**PASQUALE LONGORDO,**

    Plaintiff,

vs.                          U.S.D.C. No:   2:14-cv-14370
                            HON:
**CBC SETTLEMENT FUNDING, LLC**     L.C. Case No:   14-143455-CZ
**and ASTA FUNDING, INC.,**

    Defendants.
_____/

| REX C. ANDERSON (P47068) | TARA S. CANNATELLA (P67532) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| 9459 Lapeer Road, Suite 101 | 1001 Woodward, Suite 900 |
| Davison, MI 48423 | Detroit, MI 48226 |
| (810) 653-3300/Fax: (866) 813-4195 | (313) 963-1860/Fax: 963-9065 |
| mied@rexandersonpc.com | tcannatella@mhutchlaw.com |

_____/

**NOTICE OF REMOVAL BASED UPON**
**FEDERAL QUESTION**

    **NOW COME** the Defendants, **CBC SETTLEMENT FUNDING, LLC, and ASTA FUNDING, INC.**, by and through their Attorneys, **HUTCHINSON CANNATELLA P.C.**, and remove this action from the 6th Judicial Circuit Court, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division, and in support thereof state:

    1.    Plaintiff filed his Complaint on or about October 14, 2014, claiming that Defendants violated the Telephone Consumer Protection Act, 47 USC Section 227, et seq.

    2.    Plaintiff served a copy of his Complaint upon on Monarch Entity Services, registered agent for CBC Settlement Funding LLC, on October 14, 2014, and on Corporation Service Company, registered agent for Asta Funding, Inc., on October 20, 2014.  A copy of

the Plaintiff's Complaint is attached hereto as Exhibit A and is incorporated herein by reference.

3. According to Plaintiff's Complaint, Plaintiff alleges that Defendants' violation of the Telephone Consumer Protection Act caused Plaintiff damages and attorney fees.

4. This Court has original jurisdiction under 28 USC Section 1331 because it is a civil action arising out of a law of the United States.

5. A copy of this Notice of Removal is being simultaneously filed with the 6th Judicial Circuit Court, State of Michigan, as required by 28 USC Section 1446(d).

6. Defendants are entitled to remove this action to this Honorable Court under 28 USC Section 1331.

**HUTCHINSON CANNATELLA P.C.**

By /s/ Tara S. Cannatella
**TARA S. CANNATELLA (P67532)**
Attorney for Defendants
1001 Woodward Ave, Ste 900
Detroit, MI 48226
(313) 963-1860 / Fax: 963-9065
tcannatella@mhutchlaw.com

Dated: November 13, 2014

## CERTIFICATE OF SERVICE

Tara S. Cannatella, being first duly sworn, deposes and says that on November 13, 2014, she served a copy of the foregoing Notice of Removal via First Class Mail upon the following:

**REX C. ANDERSON (P47068)**
Attorney for Plaintiff
9459 Lapeer Road, Suite 101
Davison, MI 48423
(810) 653-3300/Fax: (866) 813-4195
mied@rexandersonpc.com

I declare the above statements are true to the best of my knowledge, information and belief.

**HUTCHINSON CANNATELLA P.C.**


By  /s/ Tara S. Cannatella
**TARA S. CANNATELLA (P67532)**
Attorney for Defendants
1001 Woodward Ave, Suite 900
Detroit, MI 48226
(313) 963-1860 / 963-9065
tcannatella@mhutchlaw.com

Dated: November 13, 2014
CBC & Asta's Ntc Removal 11-13-14/tsc

HUTCHINSON CANNATELLA P.C. □ 1001 WOODWARD, SUITE 900 □ DETROIT MICHIGAN 48226 □ (313) 963-1860