# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Pasquale Longordo,

                Plaintiff,        Case No. 14-cv-14370
                                     Hon. Judith E. Levy

v.                                       Mag. Judge Mona K. Majzoub

CBC Settlement Funding, LLC
and Asta Funding, Inc.,

                Defendants.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having been amicably resolved between the parties and the Court being fully advised;

IT IS HEREBY ORDERED that the above entitled cause of action is dismissed in its entirety as to all Defendants, with prejudice and without costs to any party.

The Court retains jurisdiction only for the purposes of enforcing the settlement in this matter. This Order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated: June 10, 2015                    s/Judith E. Levy
Ann Arbor, Michigan                     JUDITH E. LEVY
                                        United States District Judge